1050

No. 78-5577.  HARTBARGER v. ENGLE, CORRECTIONAL SU-
PERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 78-5578.  FULTZ v. FINKBEINER.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 78-5580.  SHAFFER v. WASHINGTON.  Ct. App. Wash.
Certiorari denied.

No. 78-5592.  SUBILOSKY v. MASSACHUSETTS.  Ct. App.
Mass.  Certiorari denied.

No. 78-5594.  MIRON v. CALIFORNIA.  Ct. App. Cal., 1st
App. Dist.  Certiorari denied.

No. 78-5609.  ROSS v. HUNT, GOVERNOR OF NORTH CARO-
LINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78-5611.  HINDMAN v. KELLY ET AL.  C. A. 8th Cir.
Certiorari denied.

No. 78-5618.  BEASON v. LOUISIANA CASING CREW &
RENTAL SERVICE CORP. ET AL.  C. A. 5th Cir.  Certiorari de-
nied.

No. 78-5621.  WALKER v. INTERNAL REVENUE SERVICE.
C. A. 2d Cir.  Certiorari denied.

No. 78-5625.  CLARK v. INDIANA.  Sup. Ct. Ind.  Certio-
rari denied.

No. 78-5638.  CHAPLINSKI v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 78-5671.  PELLEGRINI v. UNITED STATES.  C. A. 3d
Cir.  Certiorari denied.